**Entered on Docket
February 22, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



**The following constitutes the order of the court.
Signed February 22, 2017**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Gerardo Diaz and Caroline Diaz,<br><br><br>Debtor. | Case No. 16-41218<br>Chapter 13<br><br><br>**Hearing:**<br>Date: March 1, 2017<br>Time: 9:30 a.m. |

**MEMORANDUM REGARDING CONTINUED HEARING**

On February 22, 2017, a hearing was held in the above-captioned case regarding the motion for relief from stay filed by Bosco Credit LLC ("the Motion") (doc. 44). Relief was granted because Debtors did not, at first, appear. However, Debtors appeared personally and late to request a continuance on advice of counsel who could not make the hearing.

Upon due consideration, the Court ordered a one-week continuance to allow Debtors to communicate with Movant with respect to any confusion regarding payment. The hearing on the Motion will be held on **March 1, 2017 at 9:30 a.m.**

*END OF MEMORANDUM*

1

**COURT SERVICE LIST**

**Gerardo Ramos Diaz**
22157 Victory Drive
Hayward, CA 94541

**Caroline Diaz**
22157 Victory Drive
Hayward, CA 94541